## Exhibit 4

## Plaintiff's Preliminary Claim Chart

## U.S. Patent No. RE50,399

# CLAIM CHART | U.S. PATENT NO. RE 50,399

# General Patent Information

**Patent Title:** METHOD AND APPARATUS FOR FACILITATING TOGGLING BETWEEN INTERNET AND TV BROADCASTS
**Listed Inventors:** Yakkov Merlin
**Issue Date:** April 22, 2025



**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| 13p | 1. "A TV-Internet Integration Box for generating at a user's premises an overlay using video signals constituting a first data and overlay-enabling digital data constituting a second data, the TV-Internet Integration Box comprising:" | Although preambles are presumed to be non-limiting, the Accused Instrumentalities include a TV-Internet Integration Box for generating at a user's premises an overlay using video signals. The QN90C includes: (i) a broadcast tuner (first data), (ii) network interfaces for IP content (second data), and (iii) on-device software (Tizen OS, Smart Hub, Samsung TV Plus, Multi View) that generates on-screen overlays at the user's premises. Together these components function as a "TV-Internet Integration Box" implemented within the TV housing.<br><br>**1. Integrated tuner with smart platform with integrated OS & Internet:**<br><br>"DTV Tuner… ATSC 3.0… Operating System… Tizen™ Smart TV… Ethernet (LAN)… Wi-Fi…"<br><br>Source: https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → Confirms the device combines a TV tuner and IP-capable smart platform in the TV at the user's premises.<br><br>QN90C specs list "Tizen™ Smart TV," "Web Browser," "TV Plus," and smart services as built-in features.<br><br>https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → Shows an integrated platform capable of handling both broadcast and Internet data inside the TV at the premises.<br><br>**2. Smart features for IP content & apps (second data)** (Spec / manuals summary) |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | "Smart Features… Samsung TV Plus Yes… Web Browser Yes… Multi View up to 2 videos."<br><br>Source (spec summary): https://manuals.plus/m/f4c3043831c2f561be1ff1e84d2bb081ec712876b18522220b8235e099b21858  → Shows built-in IP streaming & apps delivered over the Internet.<br><br>User Manual (Smart Hub / Internet): "You can enjoy various apps with Smart Hub… From Smart Hub, you can use the Internet search function, install and use various apps, view photos and videos…"  and "Surf the Internet on your TV… select a desired website… get immediate access to it."<br><br>Source: https://downloadcenter.samsung.com/content/UM/202507/20250709154844296/BN81-24055A-500_EM_OSPATSCC_NA_ENG-US_250430.0.pdf → Confirms the device combines TV and Internet content on-screen.<br><br>**3. Multi-source on one device:**<br><br>Manual connection guide: "You can watch live broadcasts by connecting a coaxial cable to your TV and can get access to the network by using a LAN cable or wireless access point." (See Manual, page 6).<br><br>See Manual → Places both first (TV) and second (Internet) data handling in the same in-premises unit.<br><br>**4. Smart Hub overlay UI** (Samsung Home Bar / Smart Hub support)<br><br>"Smart Hub allows you to… see all of the OTT… apps… It is set to appear on the bottom of the screen…" |

4

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
|  |  | Source: https://www.samsung.com/uk/support/tv-audio-video/how-to-turn-the-samsung-home-bar-on-or-off/ → Smart Hub is rendered as an overlay bar over current video. This aligns with an on-premises integration circuit generating overlays from broadcast and IP content. |
| 13a | **Combiner unit**: "a combiner unit at the user's premises coupled to a separate TV tuner box or TV tuner," | Accused Instrumentalities include a combiner unit at the user's premises coupled to a separate TV tuner box or TV tuner. Presence of a "combiner unit" at premises, coupled to TV tuner, and connected via distinct networks to (1) video signal source and (2) Internet data source:<br><br>**1. On-device SoC + tuner (combining function)** (Samsung US product page)<br><br>"Picture Processor… Neural Quantum Processor 4K… DTV Tuner ATSC 3.0." |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | Source: https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → The Neural Quantum Processor 4K acts as the **combiner circuit**, coupled to the internal ATSC tuner. **2. Inputs enumerated; tuner distinct from other inputs** (Specs / manuals) "RF In (Terrestrial / Cable)… 1/1… HDMI… 4… Ethernet (LAN) 1… Wi-Fi Yes (WiFi5)." Source: https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → Shows a specific tuner input that feeds the processing circuitry, consistent with a "combiner circuit… coupled to… TV tuner." **2. Integrated tuner (TV tuner):** QN90C specs list "DTV Tuner: ATSC 3.0". Source: https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → Shows a TV tuner within the product; QN90C receives broadcast TV via RF/coax. **3. Network interfaces for Internet:** Same spec sheet lists wired/wireless networking (Tizen Smart TV, streaming apps, TV Plus, Web Browser). |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | Source: https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → Internet content comes via IP over LAN/Wi-Fi, a **distinct network** from RF broadcast.<br><br>**4. Overlays and menus generated by TV (on-premises)** (Smart Hub Home Bar)<br><br>"Smart Hub… functions of your TV… access to apps, games and browse the internet."<br><br>Source: https://www.samsung.com/ae/support/tv-audio-video/how-to-use-the-smart-hub-on-samsung-tv/ → Confirms overlays/menus are rendered locally by the TV's processor, i.e., by the alleged combiner circuit at user premises. |
| 13b | **Connections:**<br><br>"wherein the combiner unit is also connected through distinct networks to each of a video signal source providing video signals through the separate TV tuner box or the TV tuner, and an Internet data source providing overlay-enabling digital data over the Internet, wherein" | Accused Instrumentalities include a combiner unit connected through distinct networks to each of a video signal source providing video signals through the TV tuner box or TV tuner, and an Internet data source providing overlay-enabling digital data over the Internet.<br><br>**1. Manual (connections):**<br><br>"You can watch live broadcasts by connecting a coaxial cable to your TV and can get access to the network by using a LAN cable or wireless access point."<br><br>Source: Manual, page 6: |

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | https://downloadcenter.samsung.com/content/UM/202507/20250709154844296/BN81-24055A-500_EM_OSPATSCC_NA_ENG-US_250430.0.pdf → Explicitly shows two different paths: RF broadcast vs. IP network.<br><br>**2. RF (broadcast) vs. Ethernet/Wi-Fi (Internet)** (Samsung US product page)<br><br>"Terrestrial / RF input… Ethernet (LAN)… Wi-Fi Yes (WiFi5)."<br><br>https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → RF input supplies video via tuner; Ethernet/Wi-Fi supply IP data; these are distinct networks.<br><br>**3. Samsung TV Plus requires Internet** (TV Plus FAQ)<br><br>"Samsung TV Plus… available on 2016–2023 Samsung Smart TVs… Yes, an internet connection is required to stream Samsung TV Plus."<br><br>Source: https://www.samsung.com/us/tvs/smart-tv/samsung-tv-plus/ → Confirms IP streaming content (overlay-enabling data) is delivered over the Internet, separate from RF broadcast.<br><br>**4. Multi View & apps use both broadcast and Internet sources** (Multi View support)<br><br>"You can play content from… Samsung TV Plus, TV apps, Antenna or Cable… or USB devices" in Multi View.<br><br>Source: https://www.samsung.com/us/support/answer/ANS10002008/ → Shows the same on-device system takes inputs from both broadcast (Antenna/Cable) and Internet apps/TV Plus—**connected via distinct networks**—into a unified display pipeline. |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | **5. Smart Hub & Apps (official page):** "Through the Smart hub you have access to all the functions of your TV and can even download apps, games and browse the internet."<br><br>Source: https://www.samsung.com/uk/support/tv-audio-video/what-is-smart-hub/ → Confirms Internet data source and GUI for IP content. |
| 13c | **Unrelated sources / distinct inputs**:<br><br>"said video signals and said overlay-enabling digital data originate from unrelated sources and are transmitted to the user's premises by different resources as mutually distinct and independent inputs," | Combiner Unit of the Accused Instrumentalities is connected through distinct networks to each of a video signal source providing video signals through the separate TV tuner box or the TV tuner, and an Internet data source providing overlay-enabling digital data over the Internet. TV broadcast and Internet data are independent, unrelated sources via different resources.<br><br>**1. Broadcast vs. Internet separation:** Manual: live TV requires antenna/coax; Internet features require wired/wireless network connection.<br><br>Source: Manual<br><br>https://downloadcenter.samsung.com/content/UM/202507/20250709154844296/BN81-24055A-500_EM_OSPATSCC_NA_ENG-US_250430.0.pdf → Two technically distinct delivery paths/resources.<br><br>**2. Distinct hardware/interfaces** (Specs)<br><br>"RF In… 1… Ethernet (LAN) 1… Wi-Fi Yes (WiFi5)." |

9

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | Source: https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → RF tuner and network interfaces are independent resources feeding the SoC.<br><br>**3. Smart Hub / Apps:** Samsung's Smart Hub & Apps pages describe access to "streaming services," "Samsung TV Plus," and other apps (Netflix, YouTube, etc.) via Internet connectivity, separate from linear broadcast.<br><br>Source: https://www.samsung.com/us/tvs/smart-tv/smart-hub-and-apps/ → Those OTT services are unrelated sources vs. local broadcasters.<br><br>"Smart Hub allows you to… see all of the OTT… apps… VOD and live streaming services…"  Source: https://www.samsung.com/uk/support/tv-audio-video/how-to-turn-the-samsung-home-bar-on-or-off/ → Smart Hub UI exposes IP apps/TV Plus separately from "TV"/Antenna input, confirming logically distinct input resources.<br><br>**4. QN90C spec (Smart Service):** Lists "TV Plus: Yes," "Web Browser: Yes," and various online services alongside "DTV Tuner: ATSC 3.0."<br><br>Source: https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → Indicates independent IP-based sources in addition to broadcast.<br><br>**4. Multi View help pages:**<br><br>"Multi View allows you to simultaneously display live channels, apps, gaming console feeds, and mirrored content from your mobile devices…" → Confirms multiple distinct and independent inputs. |

10

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | "display two things at once… from different sources, such as an app… or Antenna or Cable." <br><br> Source: https://www.samsung.com/in/support/tv-audio-video/how-to-use-multi-view/ <br><br> Source: https://www.samsung.com/us/support/answer/ANS10002008/ → Demonstrates tuner-sourced video and IP/app-sourced video are treated as mutually distinct inputs received and combined by on-device circuitry. |
| 13d | **Second data content**: <br><br> "wherein said overlay-enabling digital data includes at least: a Web link indicating a website where content that is associated with said overlay-enabling digital data is stored; an image indicative of the content associated with said overlay-enabling digital data; and an overlay activation criterion, wherein" | Internet-sourced "overlay-enabling" data in the Accused Instrumentalities contains at least (1) a web link, (2) an image/icon, and (3) an activation criterion. <br><br> **1. Internet app & browser links (web links):** <br><br> Manual: "Using the Internet – Surf the Internet on your TV… select a desired website… get immediate access to it." <br><br> Source: https://downloadcenter.samsung.com/content/UM/202507/20250709154844296/BN81-24055A-500_EM_OSPATSCC_NA_ENG-US_250430.0.pdf → Shows URLs / website associations used by the TV. Smart Hub pages emphasize launching streaming services and content via app tiles that inherently reference remote URLs/endpoints. <br><br> **2. Smart Hub Icons/images indicative of content:** <br><br> QN90C UI (see Smart Hub / Gaming Hub screenshots & official materials) displays app/service **icons** (Netflix, YouTube, etc.) representing associated content. |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | For Example, TechRadar review screenshot of QN90C Smart Hub shows rows of app icons at https://www.techradar.com/televisions/samsung-qn90c-review <br><br> Source: https://www.samsung.com/us/tvs/smart-tv/smart-hub-and-apps/ → Icons function as images indicative of underlying Internet content. <br><br> From Home Bar guide: "Smart Hub… see all of the OTT (Netflix, YouTube, Prime Video) apps… appear on the bottom of the screen…" <br><br> Source: https://www.samsung.com/uk/support/tv-audio-video/how-to-turn-the-samsung-home-bar-on-or-off/ - Each OTT tile is an **image** that, when selected, |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | launches the corresponding service via stored service URLs/endpoints (functional Web links) within Tizen.<br><br>**3. Overlay activation criteria via user action / context:**<br><br>Home Bar/Smart Hub behavior: "Autorun Smart Hub… Automatically launch the most recently used app."<br><br>Source: https://www.samsung.com/uk/support/tv-audio-video/how-to-turn-the-samsung-home-bar-on-or-off/ → Overlays appear based on defined criteria (startup settings, last app, certain inputs), matching an "overlay activation criterion" (e.g., specific mode, startup event).<br><br>Smart Hub & Multi View documentation: users start apps or Multi View via specific remote buttons/menu selections, and layouts can present recommended or contextual cards; Multi View menu allows choosing sources and layouts, and "To start Multi View, navigate to Settings → Multi View… select the item you want from the Add View list…". (See Manual at page 94: https://downloadcenter.samsung.com/content/UM/202507/20250709154844296/BN81-24055A-500_EM_OSPATSCC_NA_ENG-US_250430.0.pdf )<br><br>**4. TV Plus integrated channel / recommendations:**<br><br>Smart Hub docs describe curated tiles, "featured recommendations," and app/content suggestions triggered by conditions (e.g., region/account).<br><br>Source: https://www.samsung.com/levant/tvs/smart-tv/smart-hub-and-apps/ |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | "When you run Internet, you can see recently viewed websites or featured recommendations. When you select a desired website, you can get immediate access to it." <br><br> Source: Manual at 82 (https://downloadcenter.samsung.com/content/UM/202507/20250709154844296/BN81-24055A-500_EM_OSPATSCC_NA_ENG-US_250430.0.pdf ) → These conditions can be read as activation criteria for which overlays/tiles appear. <br><br> "Samsung TV Plus… integrated feature… free live TV channels and on demand… Internet connection is required." <br><br> https://www.samsung.com/us/tvs/smart-tv/samsung-tv-plus/ → TV Plus channel tiles are images representing IP streams whose locations are encoded as channel/service URLs—overlay-enabling data with web/link information. |
| 13e | **Combiner responsive to activation criterion; overlay & linked second screen**: <br><br> "the combiner unit is responsive to the overlay activation criterion being met for generating a corresponding overlay, including: <br><br> generating at the user's premises a first display screen including at least a first portion | Accused Instrumentalities include a combiner unit responsive to the overlay activation criterion being met for generating an overlay. When activation criterion is met, (i) create overlay with image over video, and (ii) that overlay, when selected, retrieves linked Internet content and shows a second display screen. <br><br> **1. Multi View / Picture-in-Picture (overlay behavior):** <br><br> Manual: "You can view multiple content items through Multi View."; Multi View menus allow Picture-in-Picture and positioning of a "small screen on the full screen." (See Manual) → Second portion overlaid on first portion. <br><br> **2. Multi View with different sources:** |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | corresponding to said video signals and a second portion overlaid over said first portion and corresponding at least to said image,<br><br>and associating the Web link with said second portion of the first display screen thereby allowing a user to cause the combiner unit to retrieve said content, and generate a second video display screen including at least a portion which corresponds to said content;" | Multi View support pages: "Multi View displays two things at once, like media on the main screen and mirroring your phone on a smaller screen," and allows combining live TV with apps or mirrored devices.<br><br>https://www.samsung.com/uk/support/tv-audio-video/how-to-use-multi-view/ → Shows overlay-type UI triggered by user commands.<br><br>**3. Smart Hub & app launch from overlay tiles:**<br><br>Smart Hub bar "set to appear on the bottom of the screen for easy access." When invoked while watching TV/HDMI, the first portion shows video; the bottom Smart Hub bar is a second overlaid portion with image tiles. Selecting a tile launches the corresponding app/channel, generating a second screen of that content. (See Smart Hub guide https://www.samsung.com/ae/support/tv-audio-video/how-to-use-the-smart-hub-on-samsung-tv/).<br><br>Smart Hub screens (see images & docs) show app icons overlaid on a background panel. Users select an icon (image) to launch streaming apps or content, which then become full-screen or main-screen displays. |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | "Through the Smart hub you have access to all the functions of your TV and can even download apps, games and browse the internet." |
| | | Source: https://www.samsung.com/uk/support/tv-audio-video/what-is-smart-hub/ → Selecting an icon causes retrieval of associated Internet content and transition from overlay menu to content display (second video display screen). |
| | | **4. Internet app behavior:** |
| | | Manual: On launching the Internet app, selecting a website tile or URL from the on-screen UI loads that site into a new full-screen browser view. |
| | | https://downloadcenter.samsung.com/content/UM/202507/20250709154844296/BN81-24055A-500_EM_OSPATSCC_NA_ENG-US_250430.0.pdf → Overlaid selection UI leads to a "second display screen" containing website content. |
| | | **5. Multi View / PIP-style overlays** |
| | | "Multi View feature allows you to display two things at once… from different sources… Adjust the sizes… PIP position…" |
| | | Source: https://www.samsung.com/us/support/answer/ANS10002008/ |
| | | On information and belief, SoC creates a composite display where one portion is TV/HDMI (first data) and another is an overlaid window (image/content from IP or mirrored device). This behavior is consistent with the claimed overlay generation at the premises and context-based activation. |
| | | On information and belief, when the user (or settings) triggers Smart Hub or related UI while video plays, the QN90C's on-device processor (combiner circuit) (1) recognizes |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | the activation criterion (e.g., startup setting), (2) renders an overlay bar (second portion) with selectable image tiles over the current video (first portion), and (3) upon selection, loads the associated app/stream (IP content) into a new primary viewing screen – satisfying the sequence of overlay → selection → second screen of associated content. |
| 13f | **Video output interface**: "and a video output interface, coupled to or integrated within the combiner unit and configured to be coupled to a video input of said TV set and to display said first display screen or said second video display screen." | Accused Instrumentalities include a video output interface coupled to or integrated within the combiner unit. The video output interface delivers the overlay / second screen to the TV's display. The video output is integrated within the same TV chassis.<br><br>**1. Integrated display output:**<br><br>"55" Class… Neo QLED 4K Smart TV… Diagonal Screen Size 54.6"… Picture Processor Neural Quantum Processor 4K."<br><br>Source: https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html → Confirms the combiner (processor) is integrated with a display module that shows whatever frames it outputs.<br><br>QN90C is an all-in-one TV; the same internal video processing pipeline (SoC + panel interface) outputs any UI screen (Smart Hub, Multi View, apps, TV channels) to the TV panel. The spec is explicit that the device is a "Neo QLED 4K Smart TV" with built-in display; all smart features are shown on that screen. Source: https://www.samsung.com/us/televisions-home-theater/tvs/samsung-neo-qled-4k/55-class-qn90c-samsung-neo-qled-4k-smart-tv-2023-qn55qn90cafxza.html |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | **2. Single device outputs both live TV and app/OTT screens**<br><br>From Smart Hub/TV Plus docs: overlays and full-screen apps appear on same TV, driven by Tizen OS. Together, they show that the same internal video interface displays (i) broadcast + overlay first screens, and (ii) second screens of app/TV Plus content, using the QN90C's panel as the "TV set."<br><br>Source: https://www.samsung.com/us/tvs/smart-tv/samsung-tv-plus/<br><br>**3. Manual (all features rendered on TV screen):**<br><br>The e-Manual repeatedly describes Smart Hub, Multi View, Internet, apps, and TV viewing as appearing on "the screen" of the TV—i.e., via the internal video output chain.<br><br>Source: https://downloadcenter.samsung.com/content/UM/202507/20250709154844296/BN81-24055A-500_EM_OSPATSCC_NA_ENG-US_250430.0.pdf<br><br>**4. Multi View / PIP description:**<br><br>"Multi View feature allows you to display two things at once on your TV…"<br><br>Source: https://www.samsung.com/us/support/answer/ANS10002008/<br><br>"Selects the position of a small screen on the full screen… Multi View is ended and then the full screen appears." (Manual at 95) → Confirms that both the overlay view (first display screen with overlaid portion) and the full-screen content (second video display screen) are rendered via the same integrated video output pipeline to the |

**CLAIM CHART | U.S. PATENT NO. RE 50,399**

| Claim No. | Claim Language | Accused Instrumentalities (Samsung 55" QN90C Neo QLED 4K Smart TV) |
|---|---|---|
| | | display. This is consistent with a "video output interface… coupled to… the combiner circuit… to display said first… or second video display screen." |