IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| TVnGO Ltd., | § | |
| | § | |
| Plaintiff, | § | Case No. 7:25-cv-00549-DC-DTG |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT**

Before the Court is Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. After considering same, the Court is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that the deadline for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including June 1, 2026.

IT IS FURTHER ORDERED that service of process in this case for Samsung Electronics Co., Ltd. has been waived.

SIGNED this ____ day of ____________________, 2026.

______________________________

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE